Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO: **SEALED** |
| KIMBERLY LEBLANC | § | 4:21-cr-578 |

**ORDER FOR ISSUANCE OF BENCH WARRANT**

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

KIMBERLY LEBLANC

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on   December 9, 2021.

*Christine A Boyd*
UNITED STATES MAGISTRATE JUDGE